DANIEL J. BERGESON, Bar No. 105439
dbergeson@be-law.com
MELINDA M. MORTON, Bar No. 209373
mmorton@be-law.com
JAIDEEP VENKATESAN, Bar No. 211386
jvenkatesan@be-law.com
BERGESON, LLP
303 Almaden Boulevard, Suite 500
San Jose, CA 95110-2712
Telephone:  (408) 291-6200
Facsimile:   (408) 297-6000

Attorneys for Defendant
PLASTIC JUNGLE, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CARDPOOL, INC.,<br><br>            Plaintiff,<br><br>    vs.<br><br>PLASTIC JUNGLE, INC.,<br><br>            Defendant. | Case No. CV12-04182 WA<br><br>**STIPULATION AND [PROPOSED]<br>ORDER TO CONTINUE INITIAL CASE<br>MANAGEMENT CONFERENCE**<br><br>Hon. Judge William Alsup<br>Courtroom 9, 19th Floor<br><br>Complaint filed:  July 5, 2012<br>Trial date:  none set |

1  Pursuant to Civil Local Rule 6-2, 7-12, and related rules, Defendant Plastic Jungle, Inc.
2  ("Plastic Jungle") and Plaintiff Cardpool, Inc. ("Cardpool"), by and through their undersigned
3  counsel, hereby stipulate as follows pursuant to Civil Local Rules 6-1(a) and(b):
4  WHEREAS, on September 12, 2012, the Court issued a Notice Scheduling Case
5  Management Conference on Reassignment (Dkt. No. 29), setting the initial Case Management
6  Conference for October 25, 2012;
7  WHEREAS, counsel for Plastic Jungle has a irreconcilable conflict preventing it from
8  appearing on behalf of Plastic Jungle at the Case Management Conference on October 25, 2012,
9  WHEREAS counsel for Plastic Jungle and Cardpool have agreed to continue the Case
10 Management Conference to November 1, 2012 or at the first date available to the Court;
11 WHEREAS the parties' undersigned counsel hereby declares that the time modifications
12 requested herein would have no material impact on the case schedule because the case is at its
13 initial stage.
14 THE PARTIES HEREBY STIPULATE AND AGREE that:
15 The currently scheduled October 25, 2012 Case Management Conference shall be
16 rescheduled to November 1, 2012, or the next date on which the Court is available for a Case
17 Management Conference.  All Deadlines relating to the Case Management Conference will be
18 moved accordingly.

Date:  October 2, 2012                                          BERGESON, LLP


                                                                  /s/
                                                           Jaideep Venkatesan

                                                          Attorneys for Defendant
                                                          PLASTIC JUNGLE, INC.


In accordance with Civil Local Rule 5-1(i)(3), the above signatory attests that concurrence
in the signing of this document has been obtained from the signatory below.

- 1 -
STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE CMC                Case No. CV12-04182 WA

Date: October 2, 2012  MITCHELL + COMPANY

_____/s/_____
Brian E. Mitchell

Attorneys for Plaintiff
CARDPOOL, INC.

**ORDER**

In accordance with the foregoing stipulation of the parties, and with good cause appearing therefor, the Court enters the Stipulation as an Order of the Court.  The case management conference is CONTINUED to November 8, 2012, at 11:00 a.m.  Joint statement is due by November 1, 2012. ~~PURSUANT TO STIPULATION, IT IS SO ORDERED.~~

Date: __October 3_____, 2012  By: _____
Honorable William Alsup
United States District Judge

IT IS SO ORDERED AS MODIFIED
Judge William Alsup