ELIZABETH DAY (SBN 177125)
eday@feinday.com
MARC BELLOLI (SBN 244290)
mbelloli@feinday.com
PETER MIKHAIL (SBN 214638)
pmikhail@feinday.com
**FEINBERG DAY ALBERTI & THOMPSON LLP**
401 Florence Street, Suite 200
Palo Alto, CA 94301
Tel: 650.618.4360
Fax: 650.618.4368

Attorneys for Defendant
PLASTIC JUNGLE, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| CARDPOOL, INC., | CASE NO. CV12-04182-WA |
|---|---|
| Plaintiff, | ~~PROPOSED~~ ORDER RE SCHEDULE FOR CLAIM CONSTRUCTION |
| v. | |
| PLASTIC JUNGLE, INC., | |
| Defendant. | |

Plaintiff Cardpool, Inc. ("Plaintiff") and Defendant Plastic Jungle, Inc. ("Plastic Jungle") jointly submit the following Proposed Order Re Schedule For Claim Construction per the Court's November 13, 2012, Case Management Order and Reference to Magistrate Judge For Mediation/Settlement (Dkt. No. 48):

| Event | Date |
|---|---|
| Invalidity Contentions | January 14, 2013 |
| Exchange of Proposed Terms for Construction | January 21, 2013 |
| Exchange of Preliminary Claim Constructions and Extrinsic Evidence | February 4, 2013 |
| Joint Claim Construction and Prehearing Statement | February 18, 2013 |

FEINBERG DAY
ALBERTI &
THOMPSON LLP
PALO ALTO

**PROPOSED ORDER RE SCHEDULE FOR CLAIM CONSTRUCTION –
CASE NO. CV-12-04182 WA**

| Completion of Claim Construction Discovery | March 20, 2013 |
|---|---|
| Plaintiff's Opening Claim Construction Brief | April 4, 2013 |
| Defendant's Responsive Claim Construction Brief | April 18, 2013 |
| Plaintiff's Reply Claim Construction Brief | April 25, 2013 |
| Tutorial | Previously set by the Court for May 1, 2013 |
| Claim Construction Hearing | Previously set by the Court for May 15, 2013 |

**IT IS SO STIPULATED.**

Dated: November 26, 2012          FEINBERG DAY ALBERTI & THOMPSON LLP


By */s/ Marc Belloli*
   Elizabeth Day
   Marc Belloli
   Peter Mikhail

*Attorneys for Defendant*
PLASTIC JUNGLE, INC.

MITCHELL + COMPANY

By */s/ Brian E. Mitchell*
   Brian E. Mitchell

*Attorneys for Plaintiff*
CARDPOOL, INC.


**IT IS SO ORDERED.**

Dated: November 29, 2012.          By _____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

-2-

PROPOSED ORDER RE SCHEDULE FOR CLAIM CONSTRUCTION –
CASE NO. CV-12-04182 WA