IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CARDPOOL, INC.,

    Plaintiff,

v.

PLASTIC JUNGLE, INC.,

    Defendant.

No. C 12-04182 WHA

**JUDGMENT**

For the reasons stated in the accompanying order granting defendant's motion to dismiss, **FINAL JUDGMENT IS HEREBY ENTERED** in favor of defendant and against plaintiff. The Clerk **SHALL CLOSE THE FILE**.

**IT IS SO ORDERED.**

Dated: January 22, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE