IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARDPOOL INC., | No. C 12-04182 WHA |
| Plaintiff, | |
| v. | |
| PLASTIC JUNGLE, INC., | **ORDER SETTING CASE MANAGEMENT CONFERENCE** |
| Defendant. | |

A January 2013 order granted a motion to dismiss because the subject matter of the asserted patent was ineligible under 35 U.S.C. 101 (Dkt. No. 73). In January 2014, the Federal Circuit affirmed the January 2013 order (Dkt. No. 83). In April 2014, the Federal Circuit vacated its decision in light of a reexamination of the asserted patent. The Federal Circuit remanded the action for a determination regarding what actions, if any, are appropriate in light of the reexamined claims.

A case management conference is hereby set for **11:00 A.M. ON MAY 22**. Please report to Courtroom 8, on the 19th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102. The parties shall file a joint case management statement by **NOON ON MAY 13.**

**IT IS SO ORDERED.**

Dated: April 29, 2014.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE