[COUNSEL LISTED ON SIGNATURE PAGE]

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| CARDPOOL, INC., <br><br> Plaintiff, <br><br> v. <br><br> PLASTIC JUNGLE, INC., <br><br> Defendant. | CASE NO. 3:12-CV-04182 WHA <br><br> **REQUEST TO VACATE JUDGMENT JOINT SUBMISSION** <br><br> Hon. Judge William Alsup <br> Courtroom 9, 19th Floor |

### REQUEST TO VACATE JUDGMENT - JOINT SUBMISSION

In response to this Court's May 20, 2014 Request for Submissions ("Request"), the parties submit this joint submission requesting that the Court to vacate its January 22, 2013 Judgment dismissing this case under Rule 12(b)(6) with prejudice ("Judgment")[Docket No. 74].

The parties seek to have the prior judgment vacated because the claims of United States Patent No. 7,494,048 ("the '048 Patent") are no longer the same, they have been amended and issued through reexamination on February 27, 2014 such that the '048 claims exist in a different form. *See* Ex Parte Reexamination Certificate, attached hereto as Exhibit A.

The parties are not seeking to vacate the Court's Order finding the unamended claims invalid [Docket No. 73]. Rather, the parties request that the Court vacate the judgment because the prior Order no longer applies because the claims on which that Order was based are now different. The Federal Circuit made this same finding when it vacated it's *per curiam* affirmance

– *i.e.*, that its opinion no longer applied in light of the amendment of the claims. *Cardpool, Inc. v. Plastic Jungle, Inc.*, No. 2013-1227, 2014 WL 1685993, *1 (Fed. Cir. Apr. 29, 2014). Accordingly, this Court's Judgment also does not apply to the current, amended claims of the '048 patent.

Because this Court's January 22, 2013 Judgment was passed on claims that no longer exist, the Judgment dismissing this case with prejudice should now be vacated, as respectfully requested by the parties.

Dated:  May 29, 2014                                MITCHELL + COMPANY

By: */s/ Brian E. Mitchell*
    Brian E. Mitchell (SBN 190095)
    brian.mitchell@mcolawoffices.com
    4 Embarcadero Center, Suite 1400
    San Francisco, CA 94111
    Telephone: (415) 766-3514
    Facsimile: (415) 402-0058

Edward A. Pennington (*admitted pro hac vice*)
John P. Moy (*admitted pro hac vice*)
SMITH, GAMBRELL & RUSSELL, LLP
1055 Thomas Jefferson Street, N.W., Suite 400
Washington, DC 20007
Telephone: (202) 263-4307
Facsimile: (202) 263-4329
epennington@sgrlaw.com
jmoy@sgrlaw.com

Attorneys for Plaintiff
CARDPOOL, INC.

Dated:  May 29, 2014                                FEINBERG DAY ALBERTI THOMPSON, LLP

By: */s/ Marc Belloli*
    M. Elizabeth Day
    Marc Belloli
    FEINBERG DAY ALBERTI THOMPSON, LLP
    1600 El Camino Real, Suite 280
    Menlo Park, CA 94025
    (650) 618-4360

Attorneys for Defendant
PLASTIC JUNGLE, INC.