# EXHIBIT A

(12) **EX PARTE REEXAMINATION CERTIFICATE** (10060th)

# United States Patent
## Gusler et al.

(10) Number: **US 7,494,048 C1**
(45) Certificate Issued: **Feb. 27, 2014**

(54) **SYSTEM AND METHOD FOR BRAND NAME GIFT CARD EXCHANGE**

(75) Inventors: **Carl Phillip Gusler**, Austin, TX (US); **Rick Allen Hamilton**, Charlottesville, VA (US); **Steven Jay Lipton**, Flower Mound, TX (US); **Timothy Moffett Waters**, Hiram, GA (US)

(73) Assignee: **Cardpool, Inc.**, San Francisco, CA (US)

**Reexamination Request:**
No. 90/012,883, Jun. 5, 2013

**Reexamination Certificate for:**
Patent No.: **7,494,048**
Issued: **Feb. 24, 2009**
Appl. No.: **10/821,134**
Filed: **Apr. 8, 2004**

(51) Int. Cl.
*G07F 19/00* (2006.01)
(52) U.S. Cl.
USPC .......................................................... **235/379**
(58) Field of Classification Search
None
See application file for complete search history.

(56) **References Cited**

To view the complete listing of prior art documents cited during the proceeding for Reexamination Control Number 90/012,883, please refer to the USPTO's public Patent Application Information Retrieval (PAIR) system under the Display References tab.

*Primary Examiner* — Jeffrey Carlson

(57) **ABSTRACT**

The present invention provides for exchanging a gift card. Data associated with a first gift card is provided. The data associated with the first gift card is validated. Either a money rebate associated with the first gift card, or a second gift card is selected. The first gift card is exchanged for either a money rebate or the second gift card. An exchange fee is generated by both the vendor associated with the gift card and the company performing the exchange.



# EX PARTE REEXAMINATION CERTIFICATE ISSUED UNDER 35 U.S.C. 307

THE PATENT IS HEREBY AMENDED AS INDICATED BELOW.

**Matter enclosed in heavy brackets [ ] appeared in the patent, but has been deleted and is no longer a part of the patent; matter printed in italics indicates additions made to the patent.**

AS A RESULT OF REEXAMINATION, IT HAS BEEN DETERMINED THAT:

Claim **1** is determined to be patentable as amended.

Claims **2-7** and **9-11**, dependent on an amended claim, are determined to be patentable.

New claims **12-52** are added and determined to be patentable.

Claim **8** was not reexamined.

1. A *computer-implemented* method of exchanging a gift card *using a processor of an electronic gift card exchange, the processor including a computer program comprising computer program code, the method* comprising:
   receiving, *at the electronic gift card exchange, a request for a gift card exchange;*
   receiving, *at the electronic gift card exchange,* identification of a first brand type of a first gift card;
   providing, *in association with the request,* data associated with [a] *the* first gift card;
   *determining whether the first brand type is a valid card brand type included among a plurality of brand types supported by the electronic gift card exchange;*
   validating, *responsive to the request,* the data associated with the first gift card, *the validating being performed by the processor in accordance with the computer program code and including verifying that the first gift card is a valid card*;
   selecting either a money rebate associated with the first gift card, or a second gift card *of a second brand type included among the plurality of brand types supported by the electronic gift card exchange*;
   exchanging, *in response to a determination that the first brand type is a valid card brand type and the verifying that the first gift card is a valid card,* the first gift card for either a money rebate or the second gift card, *the exchanging being performed by the processor in accordance with the computer program code*; and
   charging a first service fee for issuing the second gift card, *the charging being performed by the processor in accordance with the computer program code.*

12. The method of claim 1 wherein the providing the data is performed by the processor in accordance with the computer program code.

13. The method of claim 1 wherein the providing the data is performed by a consumer input device.

14. The method of claim 1 wherein the selecting is performed by the processor in accordance with the computer program code.

15. The method of claim 1 wherein the selecting is performed by a consumer input device.

16. The method of claim 1 wherein the selecting is based upon a request sent by a kiosk.

17. The method of claim 1 wherein the selecting is based upon a request sent by a consumer input device.

18. The method of claim 1 wherein the selecting is based upon a request received from a consumer transaction server.

19. The method of claim 1 wherein the providing is performed by a transaction server and wherein the processor is included within a transaction exchange server coupled to the transaction server.

20. The method of claim 1 wherein the receiving the request to exchange is received over a network.

21. The method of claim 20 further including receiving, from over the network, the data associated with the first gift card.

22. The method of claim 20 wherein the request includes information relating to the second gift card.

23. The method of claim 22 wherein the information includes brand information comprising the second brand type.

24. The method of claim 22 wherein the validating includes validating the information relating to the second gift card.

25. The method of claim 1 further including recording, in a database, information pertinent to the exchanging the first gift card wherein the information includes whether the money rebate or the second gift card was selected.

26. The method of claim 1 wherein the data associated with the first gift card includes an indication of a brand name of the first gift card, the method further including recording, in a database, the indication of the brand name of the first gift card and an indication of a brand name of the second gift card.

27. The method of claim 1 wherein the data associated with the first gift card includes an indication of an amount of the first gift card, the method further including recording, in a database, an indication of the date of the exchanging and the indication of the amount of the first gift card.

28. The method of claim 1 further including recording, in a database, information pertinent to the exchanging the first gift card wherein the information includes an indication of a location of a consumer initiating the exchanging.

29. The method of claim 1 wherein credit is transferred to the electronic gift card exchange based upon the verifying.

30. The method of claim 1 wherein the exchanging further includes issuing a request to transfer funds relating to the first gift card.

31. The method of claim 29 wherein the charging a first service fee is performed subsequent to transfer of the credit to the electronic gift card exchange.

32. The method of claim 1 wherein the request includes an identification number of the first gift card.

33. The method of claim 1 wherein the request comprises a request to exchange the first gift card of the first brand type for the second gift card of the second brand type.

34. The method of claim 1, wherein the selecting is performed in response to a query generated by the electronic gift card exchange subsequent to the providing.

35. The method of claim 29 wherein the authorizing occurs subsequent to the transfer of the credit.

36. The method of claim 1 wherein the exchanging includes exchanging the first gift card of the first brand type for credit, the authorizing including authorizing exchange of the credit to the second gift card of the second brand type.

37. The method of claim 1 wherein the gift card transaction occurs through the internet where the processor of the electronic gift card exchange interacts with a consumer personal computer to conduct the gift card exchange.

38. A computer-implemented method of exchanging a gift card, the method comprising:

receiving, at an electronic gift card exchange, a request for a gift card exchange; receiving, at the electronic gift card exchange, identification of a first brand type of a first gift card;

providing, through the consumer input device, data associated with the first gift card; determining whether the first brand type is a valid card brand type included among a plurality of brand types supported by the electronic gift card exchange;

validating, responsive to the request, the data associated with the first gift card, the validating being performed by a processor in accordance with computer program code and including verifying that the first gift card is a valid card;

selecting, rising input from the consumer input device, either a money rebate associated with the first gift card, or a second gift card of a second brand type included among the plurality of brand types supported by the electronic gift card exchange;

exchanging, in response to a determination that the first brand type is a valid card brand type and the verifying that the first gift card is a valid card, the first gift card for the second gift card, the exchanging being performed by the processor in accordance with the computer program code; and

charging a first service fee for issuing the second gift card, the charging being performed by the processor in accordance with the computer program code.

39. The method of claim 38 wherein the gift card transaction occurs through the internet where the processor of the electronic gift card exchange interacts with a consumer personal computer to conduct the gift card exchange and wherein the second gift card of the second brand type is selected from a plurality of gift cards of different card brand types.

40. In a system including a consumer transaction server coupled to a transaction exchange server, a method of exchanging a gift card, the method comprising:

receiving a request for a gift card exchange;

receiving identification of a first brand type of a first gift card;

providing, using the consumer transaction server, data associated with the first gift card including the first brand type of the first gift card;

determining whether the first brand type is a valid card brand type included among a plurality of brand types stored within an exchange database;

validating, responsive to the request and using the transaction exchange server, the data associated with the first gift card including verifying that the first gift card is a valid card;

selecting either a money rebate associated with the first gift card, or a second gift card of a second brand type included among the plurality of brand types;

exchanging, using the transaction exchange server and in response to a determination that the first brand type is a valid card brand type and the verifying that the first gift card is a valid card, the first gift card for either a money rebate or the second gift card; and

charging a first service fee for issuing the second gift card.

41. The method of claim 40 wherein the gift card transaction occurs through the internet where the processor of the electronic gift card exchange interacts with a consumer personal computer to conduct the gift card exchange.

42. A computer-implemented method of exchanging a gift card using a processor of an electronic gift card exchange, the processor including a computer program comprising computer program code, the method comprising:

providing, to the electronic gift card exchange, a request for a gift card exchange;

providing, to the electronic gift card exchange, identification of a first brand type of a first gift card and data associated with the first gift card;

determining whether the first brand type is a valid card brand type included among a plurality of brand types supported by the electronic gift card exchange;

validating, responsive to the request, the data associated with the first gift card to be exchanged, the validating being performed by the processor in accordance with the computer program code and including verifying that the first gift card is a valid card;

selecting either a money rebate associated with the first gift card, or a second gift card of a second brand type included among the plurality of brand types, the selecting being performed by the processor in accordance with the computer program code and the transaction request

exchanging, in response to a determination that the first brand type is a valid card brand type and the verifying that the first gift card is a valid card, the first gift card for either a money rebate or the second gift card, the exchanging being performed by the processor in accordance with the computer program code; and

charging a first service fee for issuing the second gift card, the charging being performed by the processor in accordance with the computer program code.

43. The method of claim 42 wherein the providing the transaction request and the data is performed by the processor in accordance with the computer program code.

44. The method of claim 42 wherein the providing the transaction request and the data is performed by a consumer input device.

45. The method of claim 42 wherein the transaction request and the data are received from a consumer transaction server and wherein the providing includes providing the transaction request and the data to the processor.

46. The method of claim 42 wherein the transaction request is received from a consumer transaction server.

47. The method of claim 42 further including receiving, from over a network, the transaction request.

48. The method of claim 47 further including receiving, from over the network, the data associated with the first gift card.

49. The method of claim 48 wherein the request includes information relating to the second gift card.

50. The method of claim 49 wherein the information includes brand information.

51. The method of claim 49 wherein the validating includes validating the information relating to the second gift card.

52. The method of claim 42 wherein the gift card transaction occurs through the internet where the processor of the electronic gift card exchange interacts with a consumer personal computer to conduct the gift card exchange.

\* \* \* \* \*