1   Brian E. Mitchell (SBN 190095)
    Marcel F. De Armas (SBN 289282)
2   MITCHELL + COMPANY
    4 Embarcadero Center, Suite 1400
3   San Francisco, CA 94111
    Telephone: (415) 766-3514
4   Facsimile: (415) 402-0058
    brian.mitchell@mcolawoffices.com
5   mdearmas@mcolawoffices.com

6   Edward A. Pennington (admitted *pro hac vice*)
    John P. Moy (admitted *pro hac vice*)
7   SMITH, GAMBRELL &  RUSSELL, LLP
    1055 Thomas Jefferson Street, N.W., Suite 400
8   Washington, DC 20007
    Tel: (202) 403-2100
9   Fax: (202) 263-4348
    epennington@sgrlaw.com
10  jmoy@sgrlaw.com

11

    *Attorneys for Plaintiff*
12  *CARDPOOL, INC.*

13

14                  UNITED STATES DISTRICT COURT
                  NORTHERN DISTRICT OF CALIFORNIA
15                   SAN FRANCISCO DIVISION

16

17  CARDPOOL, INC.,                          CASE NO. C 12-04182 WA

18              Plaintiff,                    CARDPOOL, INC.'S NOTICE OF APPEAL

19       v.

20  PLASTIC JUNGLE, INC.,

21              Defendant.

22

23

24

25

26

27

28

    **CASE NO. C 12-04182 WA**                                    **NOTICE OF APPEAL**

1

2                                    **NOTICE OF APPEAL**

3    TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

4          PLEASE TAKE NOTICE THAT Plaintiff Cardpool Inc. hereby appeals the Court's Order

5    Denying Motion to Vacate Earlier Final Judgment (Dkt. No. 94) and corresponding Judgment

6    (Dkt. No. 74) to the United States Court of Appeals for the Federal Circuit.

7

8    Dated:  June 20, 2014                    MITCHELL + COMPANY

9                                             By:  /s/ *Brian E. Mitchell*
                                                  Brian E. Mitchell
10                                                4 Embarcadero Center, Suite 1400
                                                  San Francisco, CA 94111
11                                                Telephone: (415) 766-3514
                                                  Facsimile: (415) 402-0058
12
                                             Attorneys for Plaintiff
13                                           CARDPOOL, INC.

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CASE NO. C 12-04182 WA**                                    **NOTICE OF APPEAL**